McFarland *v.* Orange and Newark Horse Railroad Co.

Between OWEN MCFARLAND, appellant, and THE ORANGE AND NEWARK HORSE RAILROAD COMPANY, respondents.

*Vroom* and *Attorney General,* for appellants.

*Hayes* and *Zabriskie,* for respondents.

The decree of the Chancellor was affirmed by the following vote:

*For affirmance*—Judges CORNELISON, HAINES, RISLEY, VAN DYKE, VREDENBURGH, WOOD, CLAWSON, OGDEN, SWAIN, KENNEDY, WHELPLEY.

*For reversal*—COMBS.